**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**


Civil Case No.   11-cv-01499-LTB-CBS

GREAT AMERICAN LIFE INSURANCE COMPANY,

      Plaintiff,

v.

KIRSTEN J. VIDMAR,
JASON H. VIDMAR,
ELIZABETH VIDMAR,

       Defendants.

_____


**ORDER PURSUANT TO FED. R. VIC. P. 41(a)(2) GRANTING STIPULATED MOTION
FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF GREAT AMERICAN LIFE
INSURANCE COMPANY**
_____


      This matter comes before the Court on the Stipulated Motion for Dismissal with

Prejudice of Plaintiff Great American Life Insurance Company pursuant to Fed. R. Civ.

P. 41(a)(2).  The Court, being fully advised, hereby GRANTS the Motion.  On August 9,

2011, Plaintiff deposited into the Court's registry $810,364.14, representing all disputed

funds owed under the life insurance policy at issue in this case.  Plaintiff has no claim to

those funds, and Defendants do not claim that Plaintiff owes any other sums to them

under the life insurance policy.  Plaintiff is therefore dismissed from this action with

prejudice, and Defendants are enjoined from pursuant further action in any court or

other tribunal against Plaintiff in connection with the life insurance policy or payment of

the funds owed thereunder.  The parties are to bear their own fees and costs in connection with this dismissal.

DATED this ___26th___ day of September, 2011.

BY THE COURT:


___s/Lewis T. Babcock_____
Lewis T. Babcock, Judge