IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 11-cv-01499-LTB -CBS | FTR - Reporter Deck-Courtroom A402
Date: September 26, 2011 | Courtroom Deputy: Emily Seamon

*Parties:* | *Counsel:*

GREAT AMERICAN LIFE INSURANCE | Donald Samuels
COMPANY, | James Phillips

    Plaintiff,

v.

KIRSTEN J. VIDMAR, | Neil Piller
JASON H. VIDMAR, and
ELIZABETH VIDMAR, | Michael Mitchell

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:      10:00 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding calling experts and the length of trial.

**ORDERED:** Elizabeth Vidmar's Oral Motion to Withdraw Her Motion to Exclude Testimony of Certain Witnesses is GRANTED.  The Motion to Exclude Testimony of Certain Witnesses [Doc. No. 20] is WITHDRAWN WITHOUT PREJUDICE.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:    **November 10, 2011**

Discovery Cut-off:    **June 2, 2012**

Dispositive Motions deadline:        **May 15, 2012**

Parties shall designate affirmative experts **on or before** February 1, 2012

Parties shall designate rebuttal experts **on or before** April 1, 2012

Each group of parties shall be limited to ten (10) expert witnesses, absent leave of court.

Each group of parties shall be limited to ten (10) depositions, absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served by **February 29, 2012**

**A SETTLEMENT CONFERENCE is set for December 13, 2011 at 1:30 p.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be physically present** for the Settlement Conference.

Parties shall submit Updated Confidential Settlement Statements **on or before: December 5, 2011**

*The settlement statements must describe, in detail, the strengths and weaknesses of the case, and whether factual or legal or both. In addition, each party shall indicate a specific dollar amount it is willing to offer or accept in settlement. As a matter of professional courtesy, the parties are REQUIRED to respond to a demand or offer of settlement.*

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

**FINAL PRETRIAL CONFERENCE** is set for **November 20, 2012 at 9:15 a.m.**
Final Pretrial Order is due **no later than SEVEN (7) DAYS before the Final Pretrial Conference.** (See the court's website for Instructions for Preparation and Submission)

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

**TRIAL:**
A 5 day trial to the Court is set for **February 25, 2013 at 9:00 a.m.** in Courtroom C401 before Judge Babcock.
A Trial Preparation Conference is set for **January 25, 2013 at 9:00 a.m.** in Courtroom C401 before Judge Babcock.

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.

**Court in recess:** **10:51 a.m.**
Total time in court:    00:51

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.