# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No.   11-cv-01499-LTB-CBS

GREAT AMERICAN LIFE INSURANCE COMPANY,

      Plaintiff,

v.

KIRSTEN J. VIDMAR,
JASON H. VIDMAR,
ELIZABETH VIDMAR,

      Defendants.

___

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
___

THIS MATTER comes before the Court upon the parties Stipulated Motion to Dismiss with Prejudice and the Court having reviewed the Motion and being otherwise duly advised in premises,

HEREBY ORDERS:

1. The above captioned matter is hereby dismissed with prejudice.
2. Each party is to pay their own respective costs and attorney fees.
3. The parties shall abide by their settlement agreement.
4. The Clerk of the Court shall disburse the funds held in the registry according to the Stipulation of the parties and the Order of Disbursal.

DATED this   15th   day of December, 2011.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge