**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.   11-cv-01499-LTB-CBS

GREAT AMERICAN LIFE INSURANCE COMPANY,

      Plaintiff,

v.

KIRSTEN J. VIDMAR,
JASON H. VIDMAR,
ELIZABETH VIDMAR,

      Defendants.

---

**ORDER DIRECTING CLERK OF THE COURT TO DISBURSE
FUNDS HELD IN THE REGISTRY OF THE COURT**

---

PURSUANT TO THE PARTIES SETTLEMENT AGREEMENT,

1.    The Court directs the Clerk of the Court to disburse the funds held in the registry of the Court as follows:

    a.    The Clerk is directed to Pay to the Order of Neil E. Piller, attorney for Jason H. Vidmar and Kirsten J. Vidmar 30% of all funds held by the Court in this matter.  The Clerk shall mail this check to Neil E. Piller at 636 Coffman Street, Suite 200, P.O. Box 267, Longmont, CO 80502-0267.

    b.    The Clerk is directed to Pay to the Order of Michael T. Mitchell, Trust Account, attorney for Elizabeth Vidmar, 70% of all funds held by the Court in this matter.  The Clerk shall mail this check to Michael T. Mitchell at 12827 N. 2nd Street, Parker, CO 80134.

c.      The parties or their respective attorneys may pick their respective checks

up from the Clerk of the Court if so desired.  The Clerk's telephone

number is 303-335-2053.  Call to see if the check is available for pick up.

Checks are normally available between 3:30 and 4:00 p.m. on Thursdays.


DATED this ___15th___ day of December, 2011.

                                    BY THE COURT:


                                    ___s/Lewis T. Babcock_____
                                    Lewis T. Babcock, Judge